UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA MARSHALL, DANIEL PRONSKY, PARIS TOWNSEND, NANCILEE HOLLAND, LEONA OWSLEY, KOLAWOLE AHMADOU, KIANA DERVIN, KRISTINA HENDERSON, DUSTIN INNIS, KELLY STALNAKER and JAMIE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRESTAMOS CDFI, LLC,<br><br>Defendant. | Civil Action No. 5:21-cv-04337-JMG |

**[PROPOSED] ORDER**

**AND NOW**, this ___ day of _____, 2022, upon consideration of the Joint Motion for Entry of the Parties' Confidentiality Agreement and Protective Order (the "Motion"), filed by Plaintiffs Alicia Marshall, Daniel Pronsky, Paris Townsend, Nancilee Holland, Leona Owsley, Kolawole Ahmadou, Kiana Dervin, Kristina Henderson, Dustin Innis, Kelly Stalnaker and Jamie Jones individually, and on behalf of all others similarly situated and Defendant Prestamos CDFI, LLC, **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Confidentiality Agreement and Protective Order, which was attached to the Motion as Exhibit A, is hereby **APPROVED** and **ENTERED** as an Order of the Court.

                                                                               **BY THE COURT:**

                                                                               Hon. John M. Gallagher, District Judge