## CERTIFICATE OF SERVICE

I hereby certify that on the 14 day of January, 2022, I caused a true and correct copy of the Joint Motion for Stipulated Entry of Protective Order to be served via the Court's ECF system upon all counsel of record.


Date: January 14, 2022                    */s/Marcel S. Pratt*
                                          Marcel S. Pratt