IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA MARSHALL, DANIEL PRONSKY, PARIS TOWNSEND, NANCILEE HOLLAND, LEONA OWSLEY, KOLAWOLE AHMADOU, KIANA DERVIN, KRISTINA HENDERSON, DUSTIN INNIS, KELLY STALNAKER and JAMIE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRESTAMOS CDFI, LLC and CHICANOS POR LA CAUSA, INC.,<br><br>Defendants. | Case No. 5:21-cv-04337-JMG |

## ORDER

**AND NOW**, this 1st day of May, 2024, upon consideration of Defendants' letter to the Court (ECF No. 103), **IT IS HEREBY ORDERED** that a hearing shall take place on **Thursday, May 23, 2024, at 2:00 p.m.** in Courtroom 4B, United Sates District Court located at 504 West Hamilton Street, Allentown, Pennsylvania 18101. Counsel shall be prepared to describe completed and outstanding discovery requests, call custodians from the third parties listed in Defendant's letter (ECF No. 103) to testify, and discuss the need for an amended scheduling order.

**IT IS FURTHER ORDERED** that the parties shall separately provide the Court with outlines of all completed, outstanding, and anticipated discovery requests by no later than **Friday, May 10, 2024**. The outlines shall include dates that requests were sent and, if completed, dates received.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge