IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA MARSHALL, *et al.*, : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil No. 5:21-cv-04337-JMG |
| : | |
| PRESTAMOS CDFI, LLC and : | |
| CHICANOS POR LA CAUSA, INC., : | |
| Defendants. : | |

**ORDER**

AND NOW, this  29th   day of April, 2025, upon consideration of Plaintiffs' Motion for Class Certification (ECF No. 138), Plaintiffs' Brief in Support of Plaintiffs' Motion for Class Certification (ECF No. 139), and Defendant's Brief in Opposition to Plaintiffs' Motion for Class Certification (ECF No. 142), **IT IS HEREBY ORDERED** that the Motion for Class Certification (ECF No. 138) is **DENIED**.

**IT IS FURTHER ORDERED** that upon consideration of Defendant's Omnibus Motion to Strike Plaintiffs' Class Certification Expert Reports and to Exclude Expert Testimony (ECF No. 143) and Plaintiffs' Brief in Opposition to Defendant's Omnibus Motion to Strike Plaintiffs' Class Certification Expert Reports and to Exclude Expert Testimony (ECF No. 146), the Motion to Strike (ECF No. 143) is **GRANTED IN PART and DENIED IN PART**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge