IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA MARSHALL, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> PRESTAMOS CDFI, LLC, <br>     Defendant. | Civil No. 5:21-cv-04337-JMG |

**ORDER**

**AND NOW,** this 9th day of September, 2025, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is:

**ORDERED** that the above action is **DISMISSED** without prejudice, pursuant to the agreement of counsel without costs.

                                              George Wylesol
                                              Clerk of Court


By:

*/s/ Christine C. Stein*
Christine C. Stein
Deputy Clerk to Judge John M. Gallagher